UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DR. ROBERT D. HAAR, M.D.,                    :
                                             :
        Plaintiff,                           :
                                             :
    - against -                             : **NOTICE OF APPEAL**
                                             :
NATIONWIDE MUTUAL FIRE INSURANCE             :
CO., JOHN AND JANE DOE CORPS 1-10, and       : No. 1:17-cv-05425 (LAK)
JOHN AND JANE DOES 1-10,                     :
                                             :
        Defendants.                          :
---------------------------------------------------------------x

       Notice is hereby given that the Dr. Robert D. Haar, M.D., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in this action on December 22, 2018, and all decisions, orders and rulings in this action that were adverse to Plaintiff.

Dated: January 16, 2018
      Westchester, New York

                                          Respectfully submitted,

                                          Gregory Zimmer, Esq.

                                          360 Lexington Avenue, Suite 1502
                                          New York, New York 10017
                                          Tel: (914) 402-5683
                                          e-mail: GZimmer@GZimmerLegal.com
                                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2018, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following attorneys of record, and is available for viewing and downloading:

Andrew T. Hahn, Sr.
Ralph Carter
1540 Broadway
New York, New York 10036
Tel: (212) 692-1000
e-mail: athahn@duanemorris.com
       rcarter@duanemorros.com
*Attorneys for Defendant Nationwide Mutual Fire Insurance Co., Inc.*

_____
Gregory Zimmer